IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA LYNN COOPER,
 Plaintiff,

vs.            Case No.: 3:17cv141/MCR/EMT

OKALOOSA COUNTY, et al.,
 Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated April 4, 2017, Plaintiff was given thirty (30) days in which to pay an initial partial filing fee in the amount of $40.20 (ECF No. 10). Plaintiff failed to pay the initial partial filing fee by the deadline; therefore, on May 10, 2017, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 11). The copy of the show cause order mailed to Plaintiff was returned by the Okaloosa County Jail (Plaintiff's address of record) marked "Return to Sender; Not in Jail" (*see* ECF No. 12). As of the date of this order, Plaintiff has not paid the initial partial filing fee or explained her failure to do so. Further, Plaintiff failed to keep the court informed of her current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 24th day of May 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.